IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil No. 21-cv-886-SMY ) |
| MARTHA J. WELCH, CASTLE CREDIT CORPORATION, and CITY OF MARION, ILLINOIS, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF MARSHAL'S SALE

The plaintiff, United States of America, by its attorneys, Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, and Adam E. Hanna, Assistant United States Attorney, reports that the mortgaged real estate that is the subject of this case has been set for sale on November 9, 2022, by the United States Marshal as directed by the Court. The Notice of Marshal's Sale, which is attached and incorporated herein by reference, describes fully the real estate.

UNITED STATES OF AMERICA

RACHELLE AUD CROWE
United States Attorney

*s/ Adam E. Hanna*

ADAM E. HANNA
Assistant United States Attorney
United States Attorney's Office
Nine Executive Drive
Fairview Heights, Illinois 62208-1344
Phone: (618) 628-3700
Fax: (618) 622-3810
E-mail: Adam.Hanna@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No.  21-cv-886-SMY |
| ) | |
| MARTHA J. WELCH, CASTLE CREDIT ) | |
| CORPORATION, and CITY OF MARION, ) | |
| ILLINOIS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MARSHAL'S SALE

PUBLIC NOTICE is hereby given that pursuant to a judgment decree of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is:

    Shelly Anderson
    Rural Development Specialist
    502 Comfort Drive
    Marion, Illinois 62959
    (618) 993-5396 x4

2. The common address and other common description, if any, of the real estate is:

    1401 North State Street, Marion, Illinois 62959

3. The legal description of the real estate is:

    The West One Hundred Thirteen (113) feet of Lot Ten (10) in Block Four (4) in H.M. Parks' Third Addition to the City of Marion, situated in the city of Marion, in the County of Williamson and State of Illinois.

    Property ID No. 07-18-127-006

4. The real estate may be inspected prior to sale at the following times: by appointment.

5. The date, time, and place of the sale are: November 9, 2022, at 12:00 noon, at the front door of the County Courthouse for Williamson County, Marion, Illinois.

6. The terms of the sale are: cashier's check, 10 percent due at time of sale, balance due within 72 hours.

7. Title will be conveyed subject to all general real estate taxes, which are a lien upon the real estate but not yet due and payable, and special assessments, if any, special taxes, and easements and restrictions of record.

8. At said sale I shall give to the purchaser or purchasers a certificate in writing describing the lands and tenements purchased and the sum paid therefor. Upon confirmation of said sale by the court, the holder of said certificate shall be entitled to a deed for said premises.

Dated at East St. Louis, Illinois, this 14th day of September, 2022.

    *s/ Jeremy Wyatt*   (with consent)
JEREMY WYATT
Acting United States Marshal
Southern District of Illinois

 *s/ Adam E. Hanna*
ADAM E. HANNA
Assistant United States Attorney
United States Attorney's Office
Nine Executive Drive
Fairview Heights, Illinois 62208-1344
Phone: (618) 628-3700
Fax: (618) 622-3810
E-mail: Adam.Hanna@usdoj.gov